| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:11-CR-44-7 |
| | ) | |
| MAURICE WILLIAM GRAVELY | ) | |
| | ) | |

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Defendant Maurice William Gravely's Motion for Permission to Travel [Doc. 1050]. Mr. Gravely seeks permission to travel to the United States Virgin Islands from June 11, 2026, through June 16, 2026. [Def. Mot., Doc. 1050, at 1]. He will be accompanied by his girlfriend, Melissa Hash.

The Court has consulted with the United States Probation Office, and his probation officer, Shauna McCullough-Walker, has no objections to Mr. Gravely's travel plans. Specifically, she reports that Mr. Gravely is doing well on supervision and has followed all previous instructions from the United States Probation Office. Additionally, she advised that Mr. Gravely is awaiting the Court's decision before booking this trip.

Because the United States Probation Office has no objections to Mr. Gravely's travel and he seems to be doing well on supervision, the Court **GRANTS** his Motion to Travel [Doc. 1050]. Further, Mr. Gravely is **ORDERED** to provide his probation officer, Shauna McCullough-Walker, with any

travel documentation requested and to comply with any additional supervision conditions that may be imposed.

So ordered.

ENTER:

s/ J. RONNIE GREER

UNITED STATES DISTRICT JUDGE